**Opinion issued January 14, 2020**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00658-CV

————————————

## KENDRICK L. MILLER, Appellant

## V.

## ROBERT T. GREGG AND KATHLEEN C. GREGG TRUST, Appellee

On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Case No. 1137461

## MEMORANDUM OPINION

On October 1, 2019, this Court stayed this appeal pending the resolution of

the bankruptcy case filed by Appellant, Kendrick L. Miller, in the Southern District

of Texas. The Court has been notified that appellant's bankruptcy case was

dismissed. On December 6, 2019, Appellant filed a motion to dismiss his appeal in this Court.

Accordingly, we reinstate the appeal on the Court's active docket, grant appellant's motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Kelly, and Goodman.